# IN THE SUPREME COURT OF THE STATE OF NEVADA

SUN CITY ANTHEM COMMUNITY
ASSOCIATION, INC.,
                Appellant,
    vs.
CITIMORTGAGE, INC.,
                Respondent.

No. 71942

**FILED**

AUG 2 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Susan Johnson, District Judge
       Lipson Neilson Cole Seltzer & Garin, P.C.
       Aldridge Pite, LLP
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0)-1947

17-28242